UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:   MICHAEL JOHN JONES, AND          CASE NO. 3:18-BK-31992-SHB
         DANA CHRISTINE JONES,
         Debtor(s)                                                CHAPTER 13

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Before this Court comes Wilson & Associates, P.L.L.C., who states that its legal services have been retained on behalf of Wells Fargo Bank, N.A., and Wilson & Associates, P.L.L.C., enters its appearance as counsel of record and requests notice of all motions and pleadings filed in this action.

Respectfully Submitted,

WILSON & ASSOCIATES, P.L.L.C.

/s/ Angela Boyd Mathews

Joel W. Giddens (016700)
Heather Martin-Herron (032248)
Angela Boyd Mathews (033125)
Michael G. Clifford (028691)
Jodie Thresher (025730)

320 North Cedar Bluff Road, Suite 240
Knoxville, Tennessee 37923
(865) 558-5688

Counsel for Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

On August 15, 2018, a copy of the foregoing Notice of Appearance and Request for Notice was served electronically through the electronic case filing system (ECF) upon Counsel for Debtor(s) and the Case Trustee.

/s/ Angela Boyd Mathews

Joel W. Giddens (016700)
Heather Martin-Herron (032248)
Angela Boyd Mathews (033125)
Michael G. Clifford (028691)
Jodie Thresher (025730)

W&A 332210